

No. 12–0044/AF. U.S. v. Varun K Narula. CCA 37658. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 13, 2011.

Tuesday, September 27, 2011

No. 10–0179/AF. U.S. v. Deanna T. Thornton. CCA S31692. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 17, 2011.

No. 12–0010/AF. U.S. v. Christopher D. Guleff. CCA 37542. Appellant's motion to file a corrected supplement to the petition for grant of review is granted.